**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 3/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NEIL WHYTE,

Defendant.

No. 21-CR-105 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

An arraignment is scheduled for Wednesday March 3, 2021 at 10:30 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated: March 1, 2021
New York, New York

Ronnie Abrams
United States District Judge