USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NEIL WHYTE,

Defendant.

No. 21-CR-105

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a letter from Mr. Whyte dated June 9, 2021 (See Doc#14), requesting that he be appointed new counsel. The Court will address this matter at the conference currently scheduled for July 2, 2021 at 9:00 a.m. CJA counsel on duty for that day will attend. The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Whyte.

SO ORDERED.

Dated: June 22, 2021
New York, New York

Ronnie Abrams
United States District Judge