UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
    -against-                       :           **ORDER**
:
    Neil Whyte                      :
:                      21 Cr. 105 (RA)
:                      Docket #
------------------------------------x

Ronnie Abrams, **DISTRICT JUDGE**:

The C.J.A. attorney assigned to receive cases on this day, Meredith Heller is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC 7/2/2021.

**SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

July 2, 2021
**Dated:  New York, New York**