|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8/20/2021** |

UNITED STATES OF AMERICA,

v.

NEIL WHYTE,

              Defendant.

No. 21-CR-105

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

    The parties shall be prepared to try this case on December 6, 2021. Although the Court will request that trial date, it cannot provide assurance that a reconfigured COVID-safe courtroom will be available at that time (assuming there is still a need for one).

    In accordance with this Court's Individual Rules & Practices in Criminal Cases, *in limine* motions shall be filed no later than two (2) weeks prior to the scheduled commencement of trial, and responses shall be filed no later than ten (10) days prior to the scheduled commencement of trial. Proposed *voir dire* questions, jury instructions and verdict forms shall be filed no later than ten (10) days prior to the scheduled commencement of trial. A final pretrial conference is scheduled for December 2, 2021 at 10:00 a.m.

    Time is excluded until December 6, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:   August 20, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge