Law Office of Meredith S. Heller PLLC

www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

February 4, 2022

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:** *United States v. Neil Whyte*
21-cr-105 (RA)

Application granted. The sentence is adjourned to March 23, 2022 at 3:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 7, 2022

Dear Judge Abrams,

    This letter is submitted on behalf of my client, Neil Whyte. Mr. Whyte's sentencing is currently scheduled for February 18, 2022. I respectfully request an adjournment of 30 days, until March 21, 2022. This request is necessary because I must be out of town on February 18, 2022 to take care of a family member. Communication with Mr. Whyte has also been somewhat difficult due to both the pandemic and my travel schedule. This is Mr. Whyte's second request for a sentencing adjournment.

    The government, through A.U.S.A. Jacob Fiddelman, has been informed of this request but has not yet responded.

    Therefore, I respectfully request a sentencing adjournment of an additional 30 days until March 21, 2022, or a time convenient to the Court.

Respectfully Submitted,

Meredith S. Heller

Cc: A.U.S.A. Jacob R. Fiddelman (via ECF)